Byron Z. Moldo (SBN 109652)
  bmoldo@ecjlaw.com
Matthew J. Eandi (SBN 279734)
  mjeandi@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 273-6333
Facsimile: (310) 859-2325

Attorneys for Alfred H. Siegel, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MORRY WAKSBERG, M.D.,<br>MORRY WAKSBERG, M.D., INC.,<br><br>DEBTORS. | Lead Case No. 2:06-bk-16096-BB<br><br>Member Case No. 2:06-bk-16101-BB<br><br>Chapter 7<br><br>**STATUS REPORT AND REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Date: January 21, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom 1475 |

TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES IN INTEREST:

On December 3, 2014, the Court continued the status conference to January 21, 2015 to enable the Trustee and the Debtor to determine the appropriate direction for the case to proceed. Unfortunately, and due to delays arising from the intervening holidays, the Trustee has not decided the appropriate course for the estate's administration. The Trustee is still considering available options, and discussing those options with his counsel. The Trustee requests that the status conference be continued for approximately thirty (30) days so that he can formulate definite

13392.2:2234180.1
STATUS REPORT AND REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

1 | plans. In that event, the Trustee would file an updated status report no later than seven (7) days
2 | prior to the continued status conference.

3 |                         Respectfully submitted,

4 | DATED: January 14, 2015        ERVIN COHEN & JESSUP LLP
                                      Byron Z. Moldo
5 |                         Matthew J. Eandi

7 |                       By:      /s/ Byron Z. Moldo
                            Byron Z. Moldo
8 |                             Attorneys for Alfred H. Siegel, Chapter 7 Trustee

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9401 Wilshire Boulevard, Ninth Floor, Beverly Hills, CA 90212-2974

A true and correct copy of the foregoing document entitled **STATUS REPORT AND REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 14, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 14, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**United States Bankruptcy Judge (by overnight mail service)**
Honorable Sheri Bluebond
United States Bankruptcy Court/Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1482 / Courtroom 1475
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 14, 2015 | Lore Pekrul | /s/ Lore Pekrul |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Evan G Anaiscourt on behalf of Plaintiff ALFRED H. SIEGEL ga@kbla.com, jsalgueiro@kbla.com

Evan G Anaiscourt on behalf of Special Counsel Special Litigation Counsel for Alfred H. Siegel, Chapter 7 Trustee ga@kbla.com, jsalgueiro@kbla.com

Simon Aron on behalf of Creditor Wolf, Rifkin, Shapiro, Schulman & Rifkin, LLP saron@wrslawyers.com

Todd M Bailey on behalf of Interested Party Courtesy NEF todd.bailey@ftb.ca.gov

David Bricker on behalf of Plaintiff ALFRED H. SIEGEL dbricker@ecjlaw.com

Todd A Brisco on behalf of Creditor Public Storage, Inc tabrisco@briscoassociates.com, tstewart@briscoassociates.com

Marc S Cohen on behalf of Mediator Marc S. Cohen mcohen@kayescholer.com, dhernandez@kayescholer.com

Matthew J Eandi on behalf of Trustee Alfred H Siegel (TR) mjeandi@ecjlaw.com, lpekrul@ecjlaw.com

Alan W Forsley on behalf of Attorney Fredman Lieberman LLP alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com,leon.coleman@flpllp.com

Anthony A Friedman on behalf of Counter-Defendant ALFRED H SIEGEL, CHAPTER 7 TR aaf@lnbyb.com

Anthony A Friedman on behalf of Counter-Defendant ALFRED H. SIEGEL aaf@lnbyb.com

Anthony A Friedman on behalf of Plaintiff ALFRED H SIEGEL, CHAPTER 7 TR aaf@lnbyb.com

Anthony A Friedman on behalf of Plaintiff ALFRED H. SIEGEL aaf@lnbyb.com

Anthony A Friedman on behalf of Trustee ALFRED H SIEGEL, CHAPTER 7 TR aaf@lnbyb.com

Anthony A Friedman on behalf of Trustee Alfred H Siegel (TR) aaf@lnbyb.com

M Jonathan Hayes on behalf of Creditor Benedon & Serlin jhayes@srhlawfirm.com, roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com;sevan@srhlawfirm.com

M Jonathan Hayes on behalf of Defendant Benedone & Serlin jhayes@srhlawfirm.com, roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com;sevan@srhlawfirm.com

Andrew V Jablon on behalf of Creditor Resch Polster Alpert & Berger LLP ajablon@rpblaw.com, tdejonge@rpblaw.com

William A Kent on behalf of Creditor William A Kent WKENT1@COX.NET

William A Kent on behalf of Debtor Morry Waksberg MD WKENT1@COX.NET

Steven Karlton Kop on behalf of Creditor Morry Waksberg, M.D. Inc. bluejaylaw@gmail.com, bluejaylaw10@gmail.com;steven.kop@koplawgroup.com;brenda.calvillo@koplawgroup.com

Steven Karlton Kop on behalf of Creditor Ida Waksberg bluejaylaw@gmail.com, bluejaylaw10@gmail.com;steven.kop@koplawgroup.com;brenda.calvillo@koplawgroup.com

Steven Karlton Kop on behalf of Debtor Morry Waksberg MD bluejaylaw@gmail.com, bluejaylaw10@gmail.com;steven.kop@koplawgroup.com;brenda.calvillo@koplawgroup.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Steven Karlton Kop on behalf of Interested Party Morry Waksberg bluejaylaw@gmail.com, bluejaylaw10@gmail.com;steven.kop@koplawgroup.com;brenda.calvillo@koplawgroup.com

Norman J Kreisman on behalf of Creditor Santa Ana Eye Association Norman4Law@aol.com

Norman J Kreisman on behalf of Creditor Glen Farkas Norman4Law@aol.com

Daniel A Lev on behalf of Defendant ALFRED H SIEGEL, CHAPTER 7 TR dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com

Daniel A Lev on behalf of Plaintiff ALFRED H SIEGEL, CHAPTER 7 TR dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com

Daniel A Lev on behalf of Special Counsel Special Litigation Counsel for Alfred H. Siegel, Chapter 7 Trustee dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com

Daniel A Lev on behalf of Trustee Alfred H Siegel (TR) dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com

John W Levine on behalf of Creditor Ida Waksberg , johnlevine2@yahoo.com

Michael V Mancini on behalf of Trustee Alfred H Siegel (TR) mmancini@ecjlaw.com

Kathleen P March on behalf of Attorney Counsel for Committee of Creditors Holding Unsecured Claims kmarch@bkylawfirm.com, kmarch3@sbcglobal.net

Kathleen P March on behalf of Creditor Committee Committee of Creditors holding Unsecured Claims kmarch@bkylawfirm.com, kmarch3@sbcglobal.net

Kathleen P March on behalf of Other Professional The Bankruptcy Law Firm, P.C. kmarch@bkylawfirm.com, kmarch3@sbcglobal.net

Kathleen P March on behalf of Other Professional The Bankruptcy Law Firm, P.C. kmarch@bkylawfirm.com, kmarch3@sbcglobal.net

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Daniel J McCarthy on behalf of Creditor Ida Waksberg dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com

Daniel J McCarthy on behalf of Debtor Morry Waksberg MD Inc dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com

Daniel J McCarthy on behalf of Debtor Morry Waksberg MD dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com

Daniel J McCarthy on behalf of Interested Party Morry Waksberg dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com

Dennis E Mcgoldrick on behalf of Defendant Express Lawsuit Funding dmcgoldricklaw@yahoo.com

Krikor J Meshefejian on behalf of Interested Party Levene, Neale, Bender, Rankin & Brill LLP kjm@lnbrb.com

Byron Z Moldo on behalf of Attorney Byron Z. Moldo bmoldo@ecjlaw.com, lpekrul@ecjlaw.com

Byron Z Moldo on behalf of Counter-Defendant ALFRED H SIEGEL, CHAPTER 7 TR bmoldo@ecjlaw.com, lpekrul@ecjlaw.com

Byron Z Moldo on behalf of Plaintiff ALFRED H SIEGEL, CHAPTER 7 TR bmoldo@ecjlaw.com, lpekrul@ecjlaw.com

Byron Z Moldo on behalf of Plaintiff ALFRED H. SIEGEL bmoldo@ecjlaw.com, lpekrul@ecjlaw.com

Byron Z Moldo on behalf of Trustee ALFRED H SIEGEL, CHAPTER 7 TR bmoldo@ecjlaw.com, lpekrul@ecjlaw.com

Byron Z Moldo on behalf of Trustee Alfred H Siegel (TR) bmoldo@ecjlaw.com, lpekrul@ecjlaw.com

Helen S Rakove on behalf of Defendant Hoge, Fenton, Jones & Appel, Inc. hsr@hogefenton.com

Craig M Rankin on behalf of Plaintiff Morry Waksberg M D Inc cmr@lnbrb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Craig M Rankin on behalf of Plaintiff Morry Waksberg cmr@lnbrb.com

Craig M Rankin on behalf of Plaintiff Morry Waksberg MD cmr@lnbrb.com

Daniel H Reiss on behalf of Plaintiff Morry Waksberg M D Inc dhr@lnbyb.com

Daniel H Reiss on behalf of Plaintiff Morry Waksberg dhr@lnbyb.com

Daniel H Reiss on behalf of Plaintiff Morry Waksberg MD dhr@lnbyb.com

Victor A Sahn on behalf of Trustee Alfred H Siegel (TR) vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com

John M Samberg on behalf of Plaintiff ALFRED H SIEGEL, CHAPTER 7 TR jsamberg@wrslawyers.com, lsimar@wrslawyers.com

Mark Schaeffer on behalf of Defendant Formuzis Pickersgill & Hunt Inc , ghenderson@nemecek-cole.com

Mark Schaeffer on behalf of Defendant Peter Formuzis, ghenderson@nemecek-cole.com

Robert C Shenfeld on behalf of Creditor Transamerica Occidental Life Insurance Co. rshenfeld@reedsmith.com

Leonard M Shulman on behalf of Creditor Lawsuit Financial LLC lshulman@shbllp.com

Leonard M Shulman on behalf of Defendant Lawsuit Financial Corporation lshulman@shbllp.com

Leonard M Shulman on behalf of Defendant Federico C. Sayre lshulman@shbllp.com

Alfred H Siegel (TR) Al.siegel@asiegelandassoc.com, Lisa.irving@asiegelandassoc.com;Margo.tzeng@asiegelandassoc.com;asiegel@ecf.epiqsystems.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

David R. Weinstein on behalf of Interested Party Courtesy NEF dweinstein@weinsteinlawfirm.net

Sharon Z. Weiss on behalf of Interested Party Courtesy NEF sharon.weiss@bryancave.com, raul.morales@bryancave.com

Kenrick W Young on behalf of Plaintiff Morry Waksberg M D Inc kyoung@downeybrand.com

Kenrick W Young on behalf of Plaintiff Morry Waksberg kyoung@downeybrand.com

Kenrick W Young on behalf of Plaintiff Morry Waksberg MD kyoung@downeybrand.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE